UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

v.                                    Criminal No. 05-CR-139-SM

Leon Griffin

O R D E R

Defendant, by his counsel, has moved for a determination of mental competency pursuant to 18 U.S.C. § 1421.  Based upon defense counsel's representation as to defendant's interactions with him and the history he has obtained from family, I find reasonable cause to believe that the defendant may presently be suffering from a mental disease or defect that could affect his competency to stand trial.  Pursuant to 18 U.S.C. § 4241(b) and 4247(b), the defendant is committed to the custody of the Attorney General for a period not to exceed thirty days for placement in a suitable facility where an examination of the defendant's mental condition can be conducted.  The director of the facility may apply for a reasonable extension as provided by 18 U.S.C. § 4247(b).  The examining officials shall prepare a report of their findings pursuant to 18 U.S.C. § 4247(b), which report shall be filed with this court.  The court requests prior notification of the date of the defendant's return to this jurisdiction after the examination so that a prompt competency

hearing and detention hearing may be held.

Defendant's request for authorization for an additional evaluation by another expert of his choosing is denied without prejudice to refiling if appropriate <u>after</u> receipt of the report ordered herein.

**SO ORDERED.**

_____
James R. Muirhead
United States Magistrate Judge

February 9, 2006

cc: Sven Wiberg, Esquire
    Joseph N. Laplante, Esquire
    U.S. Probation
    U.S. Marshal